UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANNA WROTEN, individually and as a parent and natural guardian of L.T., a minor, <br><br> Plaintiff, <br><br> v. <br><br> GLAXOSMITHKLINE LLC, <br><br> Defendant. | Civil Action No. <br> 17-10008-FDS |

## ORDER OF DISMISSAL

**SAYLOR, J.**

On October 17, 2018, this Court ordered plaintiff to show cause in writing on or before October 31, 2018, why this case should not be dismissed for failure to comply with discovery orders. Because plaintiff failed to show cause within that deadline, this action is hereby DISMISSED without prejudice pursuant to Rule 37(b)(2)(A)(v).

**So Ordered.**

Dated: November 2, 2018

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge